387 A.2d 916

Butler County Chapter of Pennsylvania Association for Retarded Children v. Schnitski et al., Appellants.

Argued November 17, 1977. J. Stevenson Suess, for appellants; Leo M. Stepanian, with him Brydon & Stepanian, for appellee.

Decree affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.